# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CR351 |
| Plaintiff, | ) | 8:01CR322 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DEANDRAE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motions of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Deandrae Johnson (Johnson) (Filing No. 28 in 8:14CR351 and Filing No. 89 in 8:01CR322).  Ms. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter.  Ms. Hansen's and the Office of the Federal Public Defender's motions to withdraw are granted.

    Michael D. Gooch, 1004 South 131st Avenue, Omaha, NE 68154, (402) 333-0722, is appointed to represent Johnson for the balance of these proceedings pursuant to the Criminal Justice Act.  Ms. Hansen shall forthwith provide Mr. Gooch with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Hansen which are material to Johnson's defense.

    The clerk shall provide a copy of this order to Mr. Gooch, and he shall file his appearance forthwith.

    **IT IS SO ORDERED.**

DATED this 7th day of November, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge