IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:01CR322
                               )
      v.                       )
                               )
DEANDRE JOHNSON,               )          ORDER
                               )
            Defendant.         )
_____)
```

      This matter is before the Court on defendant's motion to continue (Filing No. 99). The Court finds the motion should be granted. Accordingly,

      IT IS ORDERED that the hearing on the petition for warrant or summons for offender under supervision (Filing No. 76) is rescheduled for:

**Thursday, April 2, 2015, at 11 a.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

      DATED this 17th day of February, 2015.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court