IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR322 |
| | ) | |
| v. | ) | |
| | ) | |
| DEANDRE JOHNSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At a hearing before the Court where defendant was present and represented by Michael D. Gooch, and plaintiff was represented by Kimberly Bunjer, defendant admitted Allegation No. 1 of the petition for warrant or summons for offender under supervision (Filing No. 76). The Court accepted the admission and found defendant in violation of the terms of his supervised release. Accordingly,

IT IS ORDERED that defendant is found to be in violation of the terms of his supervised release. Sentencing is scheduled for:

**Thursday, November 19, 2015, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 8th day of July, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court