IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:01CR322 |
| v. | ) | |
| DEANDRE JOHNSON, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue sentencing (Filing No. 109). The Court notes plaintiff has no objection. Accordingly,

IT IS ORDERED that the sentencing of defendant for violation of the terms of his supervised release is rescheduled for:

**Thursday, February 25, 2016, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 10th day of November, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court